**WILLIAM H. PRUITT, ESQ.**
Nevada Bar No. 6783
**JOSEPH R. MESERVY, ESQ.**
Nevada Bar No. 14088
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031
Telephone: (702) 870-3940
Facsimile:  (702) 870-3950
E-Mail: bpruitt@lvnvlaw.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHERMAN WILSON an individual; and REBIKA WILSON, an individual,<br><br>Plaintiffs,<br>vs.<br><br>BOBBY C. PRATT, JR., an individual; DOES I through X; and ROE CORPORATIONS XI through XX, inclusive.<br><br>Defendants. | Case No:    2:23-cv-01425-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br>**(First Request)** |

Defendant BOBBY C. PRATT, JR., and Plaintiffs SHERMAN and REBIKA WILSON, through their respective counsel, submit the foregoing stipulation and order to extend discovery deadlines pursuant to LR 26-4 as follows:

1. <u>Summary of Discovery Completed</u>

To date, the following discovery has been completed in this case:

| Item | Date Completed |
|---|---|
| Plaintiff's Initial Rule 26(a) Disclosures | 10/16/2023 |
| Defendant's Initial Rule 26(a) Disclosures | 11/07/2023 |
| Defendant's First Set of Interrogatories, Requests for Admission and Requests for Production to Plaintiffs | 11/30/2023 |
| Defendant's First Supplemental Rule 26(a) Disclosures | 12/05/2023 |
| Plaintiff Sherman Wilson's responses to Defendant's First Set of Interrogatories, Requests for Production and Requests for Admission | 01/16/2024 |
| Plaintiff Rebika Wilson's responses to Defendant's | 01/16/2024 |

1

| Item | Date Completed |
|---|---|
| First Set of Interrogatories, Requests for Production and Requests for Admission | |

2. <u>Discovery Remaining</u>

The following discovery remains to be completed:

    a) Additional Written Discovery;

    b) The deposition of Plaintiff Sherman Wilson has been scheduled for March 21, 2024;

    c) The deposition of Plaintiff Rebika Wilson has been scheduled for March 22, 2024;

    d) Deposition of Defendant;

    e) Deposition(s) of percipient witnesses;

    f) Deposition(s) of treating physicians;

    g) Disclosure of expert witnesses; and

    h) Deposition(s) all expert witnesses.

3. <u>Reason Why Discovery Was Not Completed</u>

Discovery in this matter is currently scheduled to close on June 8, 2024 with initial expert disclosures currently due by March 11, 2024. Although discovery has diligently progressed since the Scheduling Order was filed on November 16, 2023, additional time is required to work through scheduling issues, including anticipated trials, so that discovery may be completed. Discovery has been delayed due to difficulties in scheduling the depositions of Plaintiffs, as Plaintiffs live out of state, and as counsel has had limited time due to trial and trial preparation in other matters. As such, the parties believe that good cause exists to justify extending the discovery deadlines and hereby request a 90 day extension of the discovery deadlines to allow for additional time to complete the remaining discovery.

4. <u>Proposed Schedule for Completing Discovery</u>

Accordingly, the parties respectfully request that this Court enter an order setting the following discovery plan and scheduling order dates:

| Event | Former Deadline | New Deadline |
|---|---|---|
| Amend pleadings or add parties | March 11, 2024 | June 10, 2024 |
| Expert Designations | March 11, 2024 | June 10, 2024 |

2

| Rebuttal Expert Designations | April 9, 2024 | July 8, 2024 |
|---|---|---|
| Discovery Cut-off | June 8, 2024 | Sept. 6, 2024 |
| Dispositive Motions | July 8, 2024 | October 7, 2024 |
| Joint Pre-Trial Order | August 8, 2024 | Nov. 6, 2024 |

Counsel further state that the requested extension of discovery deadlines is not interposed for purposes of delay, but rather for the purposes set forth above.

DATED: February 14, 2024                    DATED: February 13, 2024

**EDWARD M. BERNSTEIN & ASSOCIATES**        **BARRON & PRUITT, LLP**

By: /s/ *Brian E. Lunt*                     By: /s/ *William H. Pruitt*
BRIAN E. LUNT, ESQ.                         WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 11189                        Nevada Bar No. 6783
500 South Fourth Street                     3890 West Ann Road
Las Vegas, Nevada 89101                     North Las Vegas, Nevada 89031
*Attorney for Plaintiff*                    *Attorneys for Defendant*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 2/16/2024

3