**WILLIAM H. PRUITT, ESQ.**
Nevada Bar No. 6783
**JOSEPH R. MESERVY, ESQ.**
Nevada Bar No. 14088
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031
Telephone: (702) 870-3940
Facsimile:  (702) 870-3950
E-Mail: bpruitt@lvnvlaw.com
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHERMAN WILSON an individual; and REBIKA WILSON, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BOBBY C. PRATT, JR., an individual; DOES I through X; and ROE CORPORATIONS XI through XX, inclusive.<br><br>Defendants. | Case No:   2:23-cv-01425-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br>**(Fourth Request)** |

Defendant BOBBY C. PRATT, JR., and Plaintiffs SHERMAN and REBIKA WILSON, through their respective counsel, submit the foregoing stipulation and order to extend discovery deadlines pursuant to LR 26-3 as follows:

1. <u>Summary of Discovery Completed</u>

    To date, the following discovery has been completed in this case:

| Item | Date Completed |
|---|---|
| Plaintiff's Initial Rule 26(a) Disclosures | 10/16/2023 |
| Defendant's Initial Rule 26(a) Disclosures | 11/07/2023 |
| Defendant's First Set of Interrogatories, Requests for Admission and Requests for Production to Plaintiffs | 11/30/2023 |
| Defendant's First Supplemental Rule 26(a) Disclosures | 12/05/2023 |
| Plaintiff Sherman Wilson's responses to Defendant's First Set of Interrogatories, Requests for Production and Requests for Admission | 01/16/2024 |
| Plaintiff Rebika Wilson's responses to Defendant's | 01/16/2024 |

1

| Item | Date Completed |
|---|---|
| First Set of Interrogatories, Requests for Production and Requests for Admission | |
| Defendant's Second Supplemental Rule 26(a) Disclosures | 04/24/2024 |
| Deposition of Plaintiff Rebika Wilson | 04/25/2024 |
| Deposition of Plaintiff Sherman Wilson | 04/26/2024 |
| Plaintiff's First Set of Interrogatories, Requests for Admission and Requests for Production to Defendant | 05/01/2024 |
| Defendant's Answers to Plaintiff's First Set of Interrogatories, Requests for Admission and Requests for Production | 06/14/2024 |
| Defendant's Third Supplemental Rule 26(A)(1) Disclosures | 06/14/2024 |
| Deposition of Bobby Pratt, Jr. | 08/28/2024 |

2. Discovery Remaining

The following discovery remains to be completed:

a) Additional Written Discovery;

b) Deposition(s) of percipient witnesses;

c) Deposition(s) of treating physicians;

d) Disclosure of expert witnesses; and

e) Deposition(s) all expert witnesses.

3. Reason Why Discovery Was Not Completed

Discovery in this matter is currently scheduled to close on December 5, 2024 with initial expert disclosures currently due by October 9, 2024. Although discovery has diligently progressed since the Scheduling Order was filed on November 16, 2023, additional time is required to complete discovery.  The parties have a mediation scheduled in this matter on October 10, 2024.  The parties request this extension to allow sufficient time to disclose expert witnesses after the mediation, if the mediation is unsuccessful.  As such, the parties believe that good cause exists to justify extending the discovery deadlines and hereby request a 30 day extension of the discovery deadlines to allow for additional time to complete the remaining discovery.

///

2

4. <u>Proposed Schedule for Completing Discovery</u>

Accordingly, the parties respectfully request that this Court enter an order setting the following discovery plan and scheduling order dates:

| Event | Former Deadline | New Deadline |
|---|---|---|
| Amend pleadings or add parties | October 9, 2024 | November 8, 2024 |
| Expert Designations | October 9, 2024 | November 8, 2024 |
| Rebuttal Expert Designations | November 12, 2024 | December 12, 2024 |
| Discovery Cut-off | January 6, 2025 | February 5, 2025 |
| Dispositive Motions | February 5, 2025 | March 7, 2025 |
| Joint Pre-Trial Order | March 6, 2025 | April 7, 2025 |

Counsel further state that the requested extension of discovery deadlines is not interposed for purposes of delay, but rather for the purposes set forth above.

DATED: October 1, 2024                                          DATED: September 27, 2024

**EDWARD M. BERNSTEIN**                                 **BARRON & PRUITT, LLP**
**& ASSOCIATES**

By: */s/ Brian E. Lunt*                                               By: */s/ William H. Pruitt*
    BRIAN E. LUNT, ESQ.                                                WILLIAM H. PRUITT, ESQ.
    Nevada Bar No. 11189                                               Nevada Bar No. 6783
    500 South Fourth Street                                            3890 West Ann Road
    Las Vegas, Nevada 89101                                            North Las Vegas, Nevada 89031
    *Attorney for Plaintiff*                                           *Attorneys for Defendant*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 10/2/2024

3