**WILLIAM H. PRUITT, ESQ.**
Nevada Bar No. 6783
**JOSEPH R. MESERVY, ESQ.**
Nevada Bar No. 14088
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031
Telephone: (702) 870-3940
Facsimile:  (702) 870-3950
E-Mail: bpruitt@lvnvlaw.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHERMAN WILSON an individual; and REBIKA WILSON, an individual,<br><br>                 Plaintiffs,<br><br>vs.<br><br>BOBBY C. PRATT, JR., an individual; DOES I through X; and ROE CORPORATIONS XI through XX, inclusive.<br><br>                 Defendants. | Case No:       2:23-cv-01425-JCM-BNW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs, SERMAN and REBIKA WILSON, by and through their attorney of record, Brian E. Lunt, Esq. of Edward M. Bernstein & Associates, and Defendant BOBBY C. PRATT, JR., by and through his attorney William

///
///
///
///
///
///
///
///
///
///

BARRON & PRUITT, LLP
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

H. Pruitt, Esq. of the law firm Barron & Pruitt, LLP, that the above-entitled matter may be dismissed in its entirety, with prejudice, each party to bear its own costs and fees.

DATED: September 17, 2025                    DATED: September 17, 2025

**EDWARD M. BERNSTEIN**                      **BARRON & PRUITT, LLP**
**& ASSOCIATES**

By: */s/ Brian E. Lunt*                     By: */s/ William H. Pruitt*
    BRIAN E. LUNT, ESQ.                        WILLIAM H. PRUITT, ESQ.
    Nevada Bar No. 11189                       Nevada Bar No. 6783
    500 South Fourth Street                    3890 West Ann Road
    Las Vegas, Nevada 89101                    North Las Vegas, Nevada 89031
    *Attorney for Plaintiff*                   *Attorneys for Defendant*

    **IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: September 19, 2025
                _____

**BARRON & PRUITT, LLP**
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

2